ACCEPTED
03-13-00760-CR
3718822
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 3:56:06 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00760-CR

IN THE COURT OF APPEALS
THIRD DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 3:56:06 PM
JEFFREY D. KYLE
Clerk

_____

JAMES BROWN,
APPELLANT

VS.

THE STATE OF TEXAS,
APPELLEE

_____

## THE STATE'S MOTION TO ABATE APPEAL
## AND
## MOTION FOR APPELLANT'S MOTION TO BE HELD IN
## ABEYANCE

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

The State of Texas, by and through the District Attorney for Travis County, respectfully moves this Court for its order abating the instant appeal and holding in abeyance the pending motion of the appellant styled *Motion to Abate Appeal and Remand for Hearing on Motion for New Trial and for Permission to File Out of Time Motion for New Trial* (herein referred to as "the appellant's motion").

In support of the instant motion, the State asserts as follows:

1.  Procedural background

On May 29, 2013, a Travis County grand jury filed an indictment charging the appellant with three counts of the felony offense of obstruction or retaliation.  CR 19.  One of the victims named in the indictment was employed, at the time of the offense, as a Travis County Assistant District Attorney and continues to be so employed.

On April 5, 2013, the Travis County District Attorney appointed attorney Corby Holcomb to serve as Special Assistant District Attorney for the purpose of representing the State in the case styled *State of Texas v. James A. Brown*, Cause Number D1DC13-300630.  CR 10.  For the Court's convenience, a copy of the document reflecting that appointment is attached hereto.

On October 23, 2013, a bench trial was held in the 331st District Court.  The trial court (the Honorable David Crain presiding) found the appellant guilty of all three counts and, on each count, assessed the appellant's punishment at confinement for a term of 15 years in the Institutional Division of the Texas Department of Criminal Justice.  CR 51-58.

The appellant's motions for new trial were filed on October 31 and November 1, 2013.  CR 59-66.  Notice of appeal was filed on November 8,

2013, and on January 30, 2014. CR 83, 107. The trial court certified that the appellant has the right of appeal. CR 84.

On December 29, 2014, the appellant filed his *Motion to Abate Appeal and Remand for hearing on Motion for New Trial and for Permission to File Out of Time Motion for New Trial* (herein referred to as "the appellant's motion").

2. <u>This appeal should be abated</u>

In light of the fact that one of the appellant's victims is currently employed as an Assistant District Attorney, and the fact that a special prosecutor was appointed to represent the State in the proceedings occurring in the 331st District Court, the State of Texas asserts that it would be appropriate for the State to be represented by a special prosecutor in relation to the instant appellate proceedings.

Abatement of this appeal is warranted because it is presently unclear whether the State be represented during the instant appellate proceedings by Special Assistant District Attorney Holcomb or, alternatively, by a different special prosecutor. It appears that Mr. Holcomb has not been served with appellant's motion or with the appellant's brief. The State respectfully requests that the appeal be abated for a period of time reasonably sufficient

to enable the State to secure the services of a special prosecutor, whether it be Mr. Holcomb or a different individual.

3. The appellant's motion should be held in abeyance

Because the special prosecutor who will represent the State in the proceeding has been firmly identified and has not been served with the appellant's motion, the State requests that, as part of the above-requested abatement, the appellant's motion be held in abeyance. Further, the State requests that the special prosecutor be afforded an adequate opportunity to respond to the appellant's motion after these proceedings are reinstituted and after that individual receives service of the appellant's motion.

PRAYER

Wherefore, the State requests that this Court abate the instant appeal and hold the appellant's motion in abeyance.

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
Director, Appellate Division
State Bar No. 00785584
P.O. Box 1748
Austin, Texas  78767
Phone No. (512) 854-3626
Fax. No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov


## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based on the computer program used to generate this motion, that this motion contains 636 words, excluding words contained in those parts of the brief that Rule 9.4(i) exempts from inclusion in the word count.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of January, 2015, a copy of the foregoing motion was sent, via U.S. mail, email, facsimile, or electronically through the electronic filing manager, to the following attorney for the appellant:

Tanisa Jeffers, Esq.
Brian Bernard, Esq.
Bernard & Associates
1203 Baylor Street
Austin, TX 78703
Fax:            512.478.9827
Email:        tanisaL@hotmail.com
                 attorneybernard@yahoo.com

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney

# APPOINTMENT

THE STATE OF TEXAS

COUNTY OF TRAVIS

I, Rosemary Lehmberg, Travis County District Attorney, 53rd Judicial District, of the State of Texas, having full confidence in CORBY HOLCOMB of said County and State, do hereby, with the consent of CORBY HOLCOMB appoint CORBY HOLCOMB as Special Assistant District Attorney of Travis County, Texas, to act in my name, place and stead, to do and perform any and all acts and things pertaining to the *State of Texas v. James A. Brown*, Cause Number D1DC13-300630, hereby ratifying and confirming any and all such acts and things lawfully done in the premises by virtue hereof.

Witness my hand, this 5th day of April, A.D., 2013.

Rosemary Lehmberg
Travis County District Attorney

SWORN TO and Subscribed before me by Rosemary Lehmberg on this 5th day of April, 2013.

RODOLFO R. MAGALLANES
Notary Public
STATE OF TEXAS
Commission Exp. 06-17-2013

Notary Public in and for the State of Texas
My Commission expires: 06/17/13

Filed in The District Court
of Travis County, Texas

MAY 01 2013 mm
At 10:50 A.m.
Amalia Rodriguez-Mendoza, Clerk